# Third District Court of Appeal

## State of Florida

Opinion filed January 11, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-826
Lower Tribunal No. 18-7455
_____

**Mallory Kauderer, et al.,**
Appellants,

vs.

**Kevter, Inc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Michael A. Hanzman, Judge.

Armas Bertran Zincone, and J. Alfredo Armas, for appellants.

Law Office of Richard A. Ivers, and Richard A. Ivers (Coconut Creek); Lavin Law Group, P.A., and Andrew T. Lavin, for appellee Kevter, Inc.

Before LOGUE, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.